DANIEL S. GARDNER, Respondent, *v.* EDWIN R. MEADE, Appellant.

(Argued February 2. 1886; decided February 12, 1886.)

*George W. Miller* for appellant.

*Edmund A. Conner* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

In the Matter of the Examination of the Books of the SURROGATE OF WESTCHESTER COUNTY.

(Argued February 2, 1886 ; decided February 12, 1886.)

*Calvin Frost* for appellant.

*Wilson Brown, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JULIA E. BLACKMAN, Respondent, *v.* ELIZA WHEELER, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

(Argued February 2, 1886 ; decided February 12, 1886.)

*A. B. Conger* for appellant.

*Myron G. Bronner* for respondent.

Agree to dismiss appeals ; no opinion.
All concur.
Appeals dismissed.